

SCHONEKAS
EVANS
McGOEY &
McEACHIN, LLC

Thomas M. McEachin
504.680.6055
thomas@semmlaw.com

May 17, 2016

**VIA FAX ONLY: 589-7598**
Honorable Sarah Vance
500 Poydras Street
Room C255
New Orleans, LA 70130

        Re:    *Samantha Potter v. 516 Enterprises, LLC*
                Civil Action No. 2:15-cv-06701

Dear Judge Vance:

        I am pleased to report that that the above-captioned case has been settled.

        Please do not hesitate to contact me if you have any questions.

        With warm regards, I remain

                              Sincerely,

                              Thomas M. McEachin

TMM/jpb

cc:        Carlos Leach via email

909 Poydras Street, Suite 1600 | New Orleans, Louisiana 70112 | T: 504.680.6050 | F: 504.680.6051 | www.semmlaw.com